FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*8:52 am, Sep 17, 2025*
JEFFREY P. COLWELL, CLERK

Amber DOE
Propia Persona
8306 #2020  WILSHIRE BLVD
LOS ANGELES, CALIFORINA 90211
424-533-4363
Amberslitigation@gmail.com

**UNITED STATES DISTRICT COURT**

**FOR THE**
**DISTRICT OF COLORADO**

| | |
|---|---|
| Amber Doe,<br><br>             Plaintiff,<br><br>     vs.<br><br>Sequoia Capital Operations LLC<br><br>Et Al,<br><br>             Defendant. | MOTION FOR LEAVE TO FILE ELECTRONICALLY<br><br><br><br>Case No<br><br><br>Judge:<br><br>DEPT: |

MOTION FOR LEAVE TO FILE ELECTRONICALLY
(PURSUANT TO LOCAL RULE 1.05 AND ADMINISTRATIVE ORDER 6-10)

COMES NOW Plaintiff Amber Doe, proceeding pro se, and respectfully moves this Honorable Court for an Order granting her leave to electronically file documents through the Court's Case Management/Electronic Case Filing system (CM/ECF). In support of this motion, Plaintiff states as follows:

### BACKGROUND

1. Plaintiff is a self-represented litigant and the named Plaintiff in the above-captioned matter.

2. Plaintiff is capable of using the CM/ECF system and has regular access to a computer, a stable internet connection, and a valid PACER account.

3. Plaintiff agrees to comply with all local rules and procedures governing electronic filing and to complete any required training, as needed.

4. Plaintiff seeks leave to electronically file all future pleadings, motions, exhibits, and other documents in this matter to ensure timely, efficient, and accurate service, especially given the extensive nature of the filings and the urgency of injunctive relief sought.

### LEGAL AUTHORITY

II.

Pursuant to Administrative Procedures for Electronic Filing in the DISTRICT OF COLORADO, pro se litigants may request leave of Court to use CM/ECF by filing a motion and demonstrating capability and consent to comply with all rules of electronic filing.

### PRAYER FOR RELIEF

III.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting her leave to:

1. Electronically file and serve all documents via the Court's CM/ECF system;

2. Receive all notices and service of filings electronically via CM/ECF.

Respectfully submitted,

Dated: September 6rd, 2025

*Amber Doe*

S/Amber Doe
Pro Se Plaintiff