IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02922-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

AMBER DOE,

    Plaintiff,

v.

SEQUOIA CAPITAL OPERATIONS LLC, *et al.*,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff Amber Doe resides in Los Angeles, California. On September 17, 2025, Plaintiff initiated this action by submitting *pro se* a "Complaint for Human Trafficking, Civil RICO, Torture, and Violations of Constitutional, Civil and Human Rights" (ECF No. 1)[1], an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2), a Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3), and a Motion for Leave to File Electronically (ECF No. 4).

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.

---

[1] "(ECF No. 1)" identifies the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). This manner of identifying a document on the electronic docket is used throughout this order.

1

Plaintiff will be directed to cure the following if she wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __   is not submitted:
(2)  __   is missing affidavit
(3)  __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __   is missing certificate showing current balance in prison account
(5)  __   is missing required financial information
(6)  __   is missing authorization to calculate and disburse filing fee payments
(7)  __   is missing an original signature
(8)  __   is not on proper form
(9)  __   names in caption do not match names in caption of complaint, petition or habeas application
(10) __   other:

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) xx   is not on proper form: Plaintiff must use the current Court-approved Complaint form
(13) __   is missing an original signature
(14) __   is missing page nos.
(15) xx   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __   other:

Plaintiff is informed that she may choose to contact the Federal Pro Se Clinic at (303) 824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver CO 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the current Court-approved Complaint form, available with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the Plaintiff's Motion for Leave to File Electronically (ECF No. 4) is **denied** without prejudice to Plaintiff following the proper procedure to be granted e-filing privileges. If Plaintiff wishes to file electronically, she must become an e-filer by following the steps posted on the Court's website www.cod.uscourts.gov under the tab "Representing Yourself" in the section "ProSe E-Filer Information."

DATED September 17, 2025.

BY THE COURT:

*Richard T. Gurley*

Richard T. Gurley
United States Magistrate Judge