IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02922-RTG

AMBER DOE,

    Plaintiff,

v.

SEQUOIA CAPITAL OPERATIONS LLC, *et al.*,

    Defendants.

## MINUTE ORDER

ENTERED BY SENIOR U.S. DISTRICT JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) is **denied without prejudice** as premature. To proceed with this action, Plaintiff must first cure the deficiencies as ordered by the Court. (*See* ECF No. 6).

Dated: September 19, 2025