IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02922-RTG

AMBER DOE,

    Plaintiff,

v.

SEQUOIA CAPITAL OPERATIONS LLC, *et al*.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

    It has come to the Court's attention that Plaintiff recently contacted the chambers of United States Senior District Judge Lewis T. Babcock and left an *ex parte* voicemail message. Plaintiff is directed to immediately cease contacting chambers. Local Rule 77.2, which concerns *ex parte* communication with the court, provides that "[u]nless otherwise ordered, a party to... a proceeding shall not communicate directly about the proceeding in any manner with a judicial officer assigned to the proceeding." D.C.COLO.LCivR 77.2. All matters to be called to a judicial officer's attention shall be submitted through the Clerk's Office. Any and all information sent directly to a judicial officer will not be considered.

Dated:   September 23, 2025