IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02922-RBJ

AMBER DOE,

    Plaintiff,

v.

SEQUOIA CAPITAL OPERATIONS LLC ,
MICHAEL LEWIS GOGUEN,
WILSON SONSINI GOODRICH & ROSATI, PROFESSIONAL CORPORATION,
QUINN, EMANUEL, URQUHART AND SULLIVAN LLP,
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP,
SEQUOIA CAPITAL FUND, L.P.,
SEQUOIA CAPITAL FUND FEEDER, L.P.,
SEQUOIA CAPITAL US/E SEED V PRINCIPALS FUND (Q), L.P.,
SEQUOIA CAPITAL US/E SEED V PRINCIPALS FUND, L.P.,
SEQUOIA CAPITAL US/E VENTURE XVIII PRINCIPALS FUND, L.P.,
SEQUOIA CAPITAL US/E VENTURE XVIII PRINCIPALS FUND (Q), L.P.,
SEQUOIA CAPITAL US/E GROWTH X PRINCIPALS FUND, L.P.,
SEQUOIA CAPITAL US/E EXPANSION I PRINCIPALS FUND, L.P.,
SEQUOIA CAPITAL US/E VENTURE PARTNERS FUND XVIII, L.P.,
SEQUOIA CAPITAL US/E GROWTH PARTNERS FUND X, L.P.,
SEQUOIA CAPITAL CHINA EXPANSION I PRINCIPALS FUND, L.P.,
SEQUOIA CAPITAL US/E SEED PARTNERS FUND IV, L.P.,
SEQUOIA CAPITAL U.S. VENTURE PARTNERS FUND XVII, L.P.,
SEQUOIA CAPITAL GLOBAL GROWTH FUND III - ENDURANCE PARTNERSPRINCIPALS FUND, L.P.,
SEQUOIA CAPITAL US/E SEED IV PRINCIPALS FUND, L.P.,
SEQUOIA CAPITAL U.S. VENTURE XVII PRINCIPALS FUND, L.P.,
SEQUOIA CAPITAL U.S. GROWTH IX PRINCIPALS FUND, L.P.,
SEQUOIA CAPITAL GLOBAL GROWTH FUND III - U.S. INDIA ANNEX PRINCIPALS FUND, L.P.,
SEQUOIA CAPITAL GLOBAL GROWTH FUND III - U.S. INDIA ANNEX FUND, L.P.,
SEQUOIA CAPITAL GLOBAL GROWTH FUND III - ENDURANCE PARTNERS, L.P.,
SEQUOIA CAPITAL U.S. VENTURE FUND XVII, L.P.,
SEQUOIA CAPITAL U.S. GROWTH FUND IX, L.P.,
SEQUOIA CAPITAL US/E SEED FUND IV, L.P.,
SEQUOIA CAPITAL U.S. GROWTH PARTNERS FUND IX, L.P.,

SEQUOIA CAPITAL U.S. GROWTH VIII PRINCIPALS FUND, L.P..
SEQUOIA CAPITAL U.S. GROWTH PARTNERS FUND VIII, L.P.,
SEQUOIA CAPITAL U.S. SCOUT SEED PRINCIPALS FUND III, L.P.,
SEQUOIA CAPITAL U.S. GROWTH FUND VIII, L.P.,
SEQUOIA CAPITAL U.S. VENTURE FUND XIV, L.P.,
SEQUOIA CAPITAL U.S. GROWTH FUND VII, L.P.,
SEQUOIA CAPITAL U.S. GROWTH FUND VI, L.P.,
SEQUOIA CAPITAL GLOBAL GROWTH FUND, L.P.,
SEQUOIA CAPITAL U.S. GROWTH FUND V, L.P.,
SEQUOIA CAPITAL U.S. VENTURE 2010 FUND, L.P.,
SEQUOIA CAPITAL FRANCHISE PARTNERS, L.P.,
SEQUOIA CAPITAL IX, L.P.,
SEQUOIA ENTREPRENEURS ANNEX FUND, L.P.,
SEQUOIA CAPITAL GROWTH III PRINCIPALS FUND, LLC,
SEQUOIA CAPITAL FRANCHISE FUND, L.P.,
SEQUOIA CAPITAL GROWTH PARTNERS III, L.P.,
SEQUOIA CAPITAL GROWTH FUND III, L.P.,
TWO BEAR CAPITAL,
TWO BEAR SECURITY,
TWO BEAR RANCH,
QUINN EMANUEL LLP,
NEW YORK POST,
NEW YORK MAGAZINE,
ROSEWOOD SAND HILL HOTELS,
GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP,
PAOLI AND PURDY PC,
BISNAR CHASE PERSONAL INJURY ATTORNEYS, LLP,
BROWN & CHARBONNEAU, LLP,
VOX MEDIA, INC.,
VOX MEDIA LLC,
VOXMEDIA, INC., D/B/A SBNATION,
BRIAN NASH,
NYP HOLDINGS, INC,
FOX CORPORATION,
FOX NEWS NETWORK LLC,
BLOOMBERG L.P.,
BLOOMBERG FINANCE, L.P.,
SHERMAN LAW GROUP, A PROFESSIONAL LAW CORPORATION,
THE NEW YORK POST,
NEW YORK MAGAZINE,
RUPERT MURDOCH,
ESTATE OF DAVID FECHEIMER,

DR. INA PARK,
DR. TARA COLLINS,
JAMIE STEPHENSON,
SITRICK AND COMPANY LLC,
MICHAEL SITRICK,
WHITEFISH FRONTIERS, L.L.C.,
PROOF RESEARCH, INC.,
TWO BEAR SECURITY, LLC,
MSNBC CABLE L.L.C., C/O ENTERPRISE CORPORATE SERVICES LLC (REGISTERED AGENT),
NBCUNIVERSAL, LLC,
ROSEWOOD HOTELS AND RESORTS, L.L.C.,
MARRIOTT INTERNATIONAL, INC.,
MARRIOTT INTERNATIONAL, INCORPORATED,
MARRIOTT INTERNATIONAL, INC., A DELAWARE CORPORATION,
MARRIOTT HOTEL SERVICES INC.,
THE LAW OFFICES OF RIVERS J. MORRELL III,
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP,
ATTORNEYS WHO CAUSED HARM:
DIANE MOIRA DOOLITTLE,
BRUCE ERIC VAN DALSEM,
ALEX SPIRO,
ANTHONY MCCUSKER,
PATRICIA GLASER,
JILL BASINGER,
WILLIAM DELLI PAOLI,
RYAN BAKER,
CHRISTOPHER REYNOLDS,
MICHAEL FEENBERG,
MICHAEL MCCARTHY,
MARK SCHAEFFER,
SARA POLLACK,
JOHN B QUINN,
MICHAEL F. GRADY,
KATHLEEN SULLIVAN,
CHRISTOPHER TAYBACK,
WILLIAM C. PRICE,
MARK HOLSHER,
SUONG NGUYEN,
PATRICK DOOLITTLE,
MARGARET CARUSO,
MICHAEL LIFRAK,

MEGAN M. KERR,
RIVERS J. MORRELL III,
FRANK W. NEMECEK,
JONATHAN B. COLE,
MARSHALL R. COLE,
MICHAEL W. FEENBERG,
MICHAEL MCCARTHY,
JOSEPH W. SCOTT,
ALEX GERBI,
TED GREENO,
AIDAN O'ROURKE,
GREGORY PANTLIN,
BRIAN CHASE,
SCOTT RITSIMA,
KEITH EGGLETON,
RICHARD LOYDD SHERMAN,
GREGORY GARTH BROWN,
KEVIN BROGAN,
JOSEPH SARLES,
HARRY OLIVAR,
MONIQUE JILESEN,
SAHAR TAEBI,
MICHAEL LIFRAK,
DAVID KLEIN,
MARSHALL COLE,
JON COLE,
CLAUDIA STONE,
MARTA ALCUMBRAC,
FRANK NEMECEK,
ALAN BROWN,
ELLEN DEW,
NICOLE CHESSARI,
KATRINA STEINER,
JASON CAMPBELL,
KYLE KENNETH BATTER,
HERB FOX,
SYMON ZUKER,
NANCY TOURGIS,
GREGORY EMDEE,
LAUREN GARVIE,
JUDICIAL AND PUBLIC OFFICE DEFENDANTS (TRO & PRELIMINARY INJUNCTION ONLY):

JUDGE MAAME FRIMPONG,
JUDGE LAURA TAYLOR SWAINE,
JUDGE PATRICIA GUERRERO,
JUDGE STEVE KIM,
NINA SHAPIRSHTEYN,
JUDGES DANNY CHOU,
JUDGE RICHARD DUBOIS,
JUDGE SUSAN GREENBERG,
JUDGE RAYMOND SWOPE,
JUDGE LELAND DAVIS III,
JUDGE GERALD BUCHWALD,
JUDGE STEVEN DYLINA,
JUDGE ROBERT FOILES,
JUDGE MARIE WEINER,
JUDGE LISA NOVAK,
JUDGE NANCY FINEMAN,
JUDGE ELIZABETH LEE,
JUDGE JOHN GRANDSAERT,
JUDGE JOHATHAN KARESH,
JUDGE READ AMBLER,
JUDGE JOHNATHAN CANNON,
JUDGE DIANE WAYNE,
APPELLATE JUDGE MAURICE SANCHEZ,
JUDGE JOANNE MOTOIKE,
JUDGE THOMAS A. DELANEY,
JUDGE STEPHANIE GEORGE,
JUDGE NICO DOURBETAS,
"HUMANITARIAN" JUDGE DAVID O. CARTER,
JUDGE DONALD MALLOY,
JUDGE BARBARA CONWAY,
JUDGE CORY GILMORE,
JUDGE PETER OSBORN,
JUDGE PATRICIA GLASER,
JUDGE WILLIAM DELLI PAOLI,
JUDGE ERIC D. MILLER,
SENIOR 9TH CIRCUIT JUDGE RICHARD A. PAEZ,
SENIOR 9TH CIRCUIT JUDGE JAY S. BYBEE,
JUDGE STEPHANIE BOWICK,
JUDGE FERNANDO L. AENLLE-ROCHA,
JUDGE PAUL S. DIAMOND,
JUDGE ROBERT GARY KLAUSNER,
JUDGE SHARON JOHNSON COLEMAN,

JUDGE EDWARD S. KIEL,
JUDGE JANE TRICHE MILAZZO,
JUDGE KAREN WELLS ROBY,
JUDGE FERNANDO M OLGUIN,
JUDGE MICHAEL B KAUFMAN,
JUDGE MATTHEW J SKAHILL,
JUDGE CARL J. NICHOLS,
CALIFORNIA GOVERNOR GAVIN NEWSOM, and
CALIFORNIA ATTORNEY GENERAL ROB BONTA,

   Defendants.

## ORDER OF RECUSAL

Title 28 U.S.C. § 455(a) and (b) require that a judge disqualify himself in certain circumstances in which his impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000). Simply put, "[w]hat matters is not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994).

Upon review of the file in this case, I conclude that I will recuse myself from further service in this case.

Accordingly, **IT IS ORDERED** that:

(1)   I recuse myself from further service in this matter; and

(2)   The Clerk of the Court shall cause this case to be reassigned.

DATED at Denver, Colorado, this  20th  day of   February   , 2026.

BY THE COURT:

_____
R. BROOKE JACKSON, Senior Judge
United States District Court